# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC., | |
| Plaintiff, | Civil Action No. 08-027 |
| v. | Chief Judge Ambrose<br>Magistrate Judge Caiazza |
| COMMONWEALTH LAND TITLE<br>INSURANCE CO., | |
| Defendant. | |

## MEMORANDUM ORDER

On January 7, 2008, this case was filed (Doc. 1), and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On May 20, 2008, the magistrate judge issued a Report (Doc. 15) recommending that the Defendant Commonwealth's Motion to Dismiss, or in the alternative, Motion for Summary Judgment (Doc. 9) be denied, to the extent described in the Report.

Service of the Report and Recommendation was made, and Defendant filed objections on June 5, 2008 (Doc. 16).

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following Order is entered:

AND NOW, on this 11th day of June, 2008, IT IS HEREBY ORDERED that the Defendant Commonwealth's Motion to Dismiss, or in the alternative, Motion for Summary Judgment (**Doc. 9**) is **DENIED** to the extent described in the magistrate judge's Report, which is adopted as the opinion of the District Court.

*Donetta W. Ambrose*
Donetta W. Ambrose
Chief United States District Judge

cc via email: all counsel of record